IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND J. D'APRILE,<br><br>            Plaintiff,<br><br>v.<br><br>NIELSEN CONSUMER LLC d/b/a NIELSEN IQ,<br><br>            Defendant. | Civil Action No. 5:24-cv-02957 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Nielsen Consumer LLC d/b/a Nielsen IQ states that it is not the subsidiary of any parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: September 6, 2024

/s/ *Rachel Fendell Satinsky*
Rachel Fendell Satinsky, Bar No. 308751
rsatinsky@littler.com
Joseph M. Carr, Bar No. 332743
jmcarr@littler.com

LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
Telephone:  267.402.3017
Facsimile:   267.285.2328

Attorneys for Defendant
NIELSEN CONSUMER LLC d/b/a NIELSEN IQ

2

## **CERTIFICATE OF SERVICE**

I, Joseph Carr, hereby certify that on the 6th day of September, 2024, the foregoing document was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

/s/ *Joseph M. Carr*
Joseph M. Carr